| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| J. ERIK HEATH (SBN 304683)<br>100 BUSH STREET #1800<br>SAN FRANCISCO, CA 94104 | (415) 433-0333 | |
| ATTORNEY FOR (NAME): | REFERENCE NUMBER<br>00267886-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
SOPPET vs. THE TEHAMA LAW GROUP

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:17-CV-03144-LB |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS & COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL STATUS CONFERENCE; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; STANDING ORDER; SECOND NOTICE; PROCEDURES FOR TELEPHONE APPEARANCES

Name of Defendant: CYPRESS ASSET RECOVERY SERVICES, LLC C/O KES NARBUTAS
Person Served: CHEYANNA ALLEN
Title: MANAGER/AUTHORIZED TO ACCEPT

Date of Delivery: 07/07/17
Time of Delivery: 02:47 pm

Place of Service: 478 TEHAMA STREET
SAN FRANCISCO, CA 94103         **(Business)**

Date of Mailing: 07/10/17
Place of Mailing: SAN FRANCISCO

Manner of Service:
**Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left. (CCP 415.20(b) ) (F.R.CIV. P. 4 (e) (1)) FRCP 4 D**

Fee for service:    $ 50.00

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: San Francisco County,
Number: 2017-0001199
Expiration Date: 02/01/2019
PREFERRED LEGAL SERVICES, INC.
601 Van Ness Ave, Suite J
San Francisco, CA 94102
(415) 882-2250

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: August 22, 2017
at: San Francisco, California.

Signature: /s/ Alan Constant
Name: J. ALAN CONSTANT
Title: registered California process server