J. Erik Heath, Esq. (SBN 304683)
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone Number: (415) 391-2391
Facsimile Number: (415) 449-6556
Email Address: erik@heathlegal.com

Attorney for Plaintiff
KERRY SOPPET

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY SOPPET,<br>　　　Plaintiff,<br><br>v.<br><br>THE TEHAMA LAW GROUP, P.C.; and CYPRESS ASSET RECOVERY SERVICES, LLC;<br>　　　Defendants. | Civil Action No. 3:17-cv-03144-JD<br><br>**NOTICE OF SETTLEMENT** |

　　　NOTICE IS HEREBY GIVEN that this case has been settled in its entirety.  Plaintiff anticipates filing a dismissal of this action in its entirety with prejudice within 60 days.  Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after March 8, 2018 for filing a dismissal.

Dated: January 8, 2018　　　　　　　　　　　J. ERIK HEATH, ATTORNEY AT LAW

　　　　　　　　　　　　　　　　　　　　　　*/s/ Jon Erik Heath*
　　　　　　　　　　　　　　　　　　　　　J. ERIK HEATH
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff **KERRY SOPPET**