J. Erik Heath, Esq. (SBN 304683)
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone Number: (415) 391-2391
Facsimile Number: (415) 449-6556
Email Address: erik@heathlegal.com

Attorney for Plaintiff
KERRY SOPPET

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY SOPPET,<br>         Plaintiff,<br><br>v.<br><br>THE TEHAMA LAW GROUP, P.C.; and CYPRESS ASSET RECOVERY SERVICES, LLC;<br>         Defendants. | Civil Action No. 3:17-cv-03144-JD<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

   COMES NOW Plaintiff KERRY SOPPET, Plaintiff, and hereby voluntarily dismisses the above-styled action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with prejudice.

Dated: <u>January 17, 2018</u>          J. ERIK HEATH, ATTORNEY AT LAW


                                         */s/ Jon Erik Heath*
                                         J. ERIK HEATH
                                         Attorney for Plaintiff **KERRY SOPPET**

---

*Soppet v. The Tehama Law Group, P.C., et al.*          Case No. 3:17-cv-03144-JD
Notice of Dismissal with Prejudice